IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| KEVIN RAY PRENTICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-488-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

After having studied the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("FC&R") in the above-captioned action, the entire file of such action, including the items that were received by the court on behalf of plaintiff, Kevin Ray Prentice, on November 18, 2010, signed by Dorthy Prentice, who identified herself as "Representative," and the item received by the court November 22, 2010, signed by Dorthy Prentice, again as "Representative," the court has concluded that the recommendation of the magistrate judge is sound and should be accepted. Therefore,

The court ORDERS that the motion for summary judgment of defendant, Michael J. Astrue, Commissioner of Social Security, be, and is hereby, granted, and that all claims asserted in the

above-captioned action by Kevin Ray Prentice against defendant be, and are hereby, dismissed.

SIGNED December 2, 2010.

JOHN McBRYDE
United States District Judge